# THE ASHMORE FIRM PLLC

**NEW YORK | NEW JERSEY | FLORIDA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/2/2026__

**MEMO ENDORSED**

July 1, 2026

By ECF

The Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:    ***Kelly Cohen v. Rockland County et al***
               Case No. 25-cv-7187-NSR-AEK

Dear Judge Roman:

We represent Plaintiff, Kelly L. Cohen, in the captioned action.

We write pursuant to Magistrate Judge Krause's June 26, 2026 order to advise your Honor that discovery has been extended in this case (see ECF 26), and to request that our post-discovery conference with your Honor be additionally extended until and calendared after the close of discovery on November 17, 2026.

Currently, the parties are calendared for a case management conference on September 25, 2026 before your Honor (ECF 24).

We thank the Court for its courtesy.

Very truly yours,

Benjamin J. Ashmore Sr., Esq.

ec: all counsel of record

**The post-discovery conference currently scheduled for September 25, 2026 is hereby adjourned to December 1, 2026 at 12:00 p.m. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: 855-244-8681; (2) Enter the Access Code: 2310 494 3855 #; and (3) press # again to enter the teleconference. The Clerk of Court is kindly directed to terminate the motion at ECF No. 28.**

**Date: July 2, 2026**
**White Plains, New York**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

**420 LEXINGTON AVENUE, SUITE 300 · NEW YORK · NEW YORK · 10170**
**1110 BRICKELL AVENUE · SUITE 400 · MIAMI · FLORIDA · 33131**
(800) 955-0629 | FAX (212) 656-1375